IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| SAMUEL WAAMU OGUNTI, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 4:20-cv-214-RAS-KPJ |
| § | |
| KILOLO KIJAKAZI, § | |
| *Acting Commissioner of Social Security*, § | |
| § | |
| Defendant. § | |

## MEMORANDUM ADOPTING REPORT AND
## RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On September 2, 2022, the Magistrate Judge entered proposed findings of fact and recommendations (Docket No. 25) that Plaintiff Samuel Waamu Ogunti's ("Plaintiff") Motion for Award of Attorney Fees under the Equal Access to Justice Act ("EAJA") (the "Motion") (Docket No. 20) be granted.

Having received the Report of the United States Magistrate Judge, and no timely objections having been filed, the court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court.

Accordingly, it is hereby

**ORDERED** that the Report of the Magistrate Judge (Docket No. 25) is **ADOPTED** as the opinion of the court. It is further

**ORDERED** that the Motion (Docket No. 20) is **GRANTED** and Plaintiff is awarded attorney fees under the EAJA in the amount of **$9,000.00** and costs in the amount of **$400.00**. It is further

1

**ORDERED** that the award be made payable to Plaintiff and sent to Plaintiff's counsel. *See Astrue v. Ratliff*, 560 U.S. 586 (2010) (EAJA fees are paid to the prevailing party, not the attorney).

**SIGNED this the 22nd day of September, 2022.**

*Richard A. Schell*
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE